IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DR. KEENAN K. COFIELD,

      Plaintiff

Vs                            Civil Action No. **CCB-14-cv-0008**

UNITED STATES MARSHALS
SERVICE, et. al.

      Defendants

## DEMAND FOR TRIAL BY JURY

Comes now the Plaintiff **Dr. Keenan K. Cofield**, in the above styled matter and does hereby file for [DEMAND FOR TRIAL BU JURY] on any and all issues before this Honorable Court.

_____
Dr. Keenan K. Cofield, #405938
30420 Revells Neck Rd.
Westover, Maryland 21890

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been placed in the U.S. mail postage prepaid this the 10th day of April, 2014, to all Defendants and/or counsel of record.

_____