## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DR. KEENAN K. COFIELD,

_____ FILED   _____ ENTERED
_____ LOGGED   _✓_ RECEIVED

MAR 24 2015

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**Plaintiff(s)**                                                     BY                          DEPUTY

**vs**                                        Civil Docket # <u>CCB-14-0008</u>

THE UNITED STATES OF AMERICA
& CORIZON, INC., et. al.

**Defendants**

<u>LINE ITEM-</u>
PLAINTIFF(S) MOTION PURSUANT TO RULE 60(b)
OR IN THE ALTERNATIVE
PLAINTIFF(S) NOTICE AND/OR MOTION TO <u>RE-FILE</u>
MOTION TO VACATE AND/OR SET ASIDE JUDGMENT ORDER
DATED FEBRUARY 9, 2015 DOCUMENT #77
THAT WAS <u>RETURNED</u> IN ERROR-OR
MOTION FOR RECONSIDERATION OF ALL-MOTIONS
<u>JOINTLY</u>

Comes now the Plaintiff **Dr. Keenan K. Cofield**, in the above styled matter, A Rule 60(b)

Motion and/or seeking to have this Honorable Court **Reconsider and vacate and/or set aside** its

**FEBRUARY 09, 2015-ORDER**, that **denied** various Notices and/or Motions filed by the **Plaintiff**

**Dr. Keenan Cofield**, contained in that ORDER, & **GRANTED** relief to some Defendants, which

conflicts with the laws and case laws of this Circuit and other Circuits Court decisions.

A).   The Trial Court erred when it **abused its discretion** and/or in Clerk error, this Court

**RETURNED** the attached pleading or motion that was filed **February 20, 2015**. **(See Court Clerks**

**REJECTION ORDER-dated February 20, 2015)**

B).   The Plaintiff has a right to file a [Motion to Vacate and/or Set Aside Judgment Order in the

Alternative Leave of Motion to Amend the **Verified** Complaint].  The Plaintiff re-files his motion that

was February 20, 2015, in further support of this motion or pleading. **(Exhibits A)**

1).   The Plaintiff adopts **each and every** notice and/or motion **denied** in this Courts February 09, 2015-ORDER, in further support of this joint Motion seeking **reconsideration**.

2).   The Courts denial of the Plaintiff(s) motion(s), notices and other pleadings is not consistent with previous decisions of this Circuit, other federal Circuits and federal rules of civil procedure..

**WHEREFORE**, good cause shown, the Plaintiff prays that this Honorable Court **GRANT** his motions and/or allow him to **RE-FILE** his [**Motion to Vacate and/or Set Aside Judgment Order DOCUMENT #77, or in the Alternative Leave of Motion to Amend the Verified Complaint**], and/or **Rule 60(b) Motion for Reconsideration, for the Courts RETURN and REJECTION LETTER dated February 20, 2015, was an abuse of discretion when the Court would not allow in error to file such a valid motion for consideration by the Court.**

The Plaintiff seeks any other relief this Court deem to grant and/or award it.

**Dr. Keenan K. Cofield, #405938/2243952**
30420 Revells Neck Rd.
Westover, Maryland 21890

## AFFIDAVIT OF PLAINTIFF DR. KEENAN K. COFIELD

I, **Dr. Keenan K. Cofield**, do hereby assert and adopt each and every statement made herein, that the same is true and correct to the best of my knowledge, information, and beliefs. That I am over the age of (21) years that I have personal knowledge of the facts set forth herein and I am competent to testify to these facts **before** any court of competent jurisdiction.

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been placed in the U.S. mail postage prepaid and/or by electronic means/mail to the Defendants counsel of record on this the 2nd day of March, 2015

**Dr. Keenan K. Cofield**

# CLERKS/COURTS RETURN OF PLEADINGS/
## MOTION LETTER NOTICE

*[signature]*

Dr. Keenan K. Cofield

## CERTIFICATE OF SERVICE

I do hereby certify that a copy of the above and foregoing has been placed in the U.S. mail postage prepaid this the 3rd day of October, 2014 to all Defendants and/or Counsel by mail or electronic mail.

*[signature]*

**Dr. Keenan K. Cofield, 405938/2243952**
30420 Revells Neck Rd.
Westover, Maryland 21890